**Russell E. GARRETT, Petitioner–**
**Appellant,**

v.

**Howard PAINTER, Warden, Mount**
**Olive Correctional Complex,**
**Respondent–Appellee.**

No. 01–6421.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

Russell E. Garrett, pro se. Darrell V. McGraw, Jr., Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Russell E. Garrett seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Garrett's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Garrett v. Painter,* No. CA–99–717–2 (S.D.W.Va. Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*